# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**EWERT WAGENER,**

    Plaintiff,

v.                                             Case No.  8:05-cv-939-T-30MSS

**S & S POOLS, INC.,**

    Defendant.

_____/

## **ORDER OF DISMISSAL**

The Court has been advised via a Notice of Resolution (Dkt. #12) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2006.

                                                                 /s/ James S. Moody, Jr.

                                                                  JAMES S. MOODY, JR.
                                                                  UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-939.dismissal.wpd